UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                        Case No.

APPROXIMATELY $16,400.00 IN UNITED
STATES CURRENCY FROM SUNRISE
BANKS,

APPROXIMATELY $400.00 IN UNITED
STATES CURRENCY FROM AMERICAN
EXPRESS, and

APPROXIMATELY $200.00 IN UNITED
STATES CURRENCY FROM U.S. BANK,

    Defendants.

## VERIFIED COMPLAINT FOR CIVIL FORFEITURE IN REM

The United States of America, by its attorneys, Gregory J. Haanstad, United States Attorney for the Eastern District of Wisconsin, and Scott J. Campbell, Assistant United States Attorney for this district, alleges the following in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### Nature of the Action

1. This is a civil action to forfeit property to the United States of America for violations of 18 U.S.C. §§ 1028, 1029, and 1956(h).

### The Defendants In Rem

2. On or about April 22, 2017, Milwaukee County Sheriff's Deputies seized as evidence 178 prepaid access devices, identified in attached Exhibit A, from Spencer Dixon,

Astagshia Lobasco, Shawn Porterfield, James Reed, and Eric Spann at or near General Mitchell International Airport, 5300 South Howell Avenue, Milwaukee, Wisconsin.

3. On or about November 21, 2017, pursuant to seizure warrant #17-M-1376 issued by United States Magistrate Judge William E. Duffin in the Eastern District of Wisconsin, the United States Secret Service seized the 178 prepaid access devices, including all funds available on those cards, from the Milwaukee County Sheriff's Department.

4. On or about November 28, 2017, the United States Secret Service served seizure warrant #17-M-1376 on the three financial institutions that issued the 178 prepaid access devices – namely, Sunrise Banks, American Express, and U.S. Bank.

5. On or about December 11, 2017, and January 18, 2018, the United States Secret Service received checks from Sunrise Banks, American Express, and U.S. Bank for all funds available on their respectively issued prepaid access devices.

6. Those funds from Sunrise Banks, American Express, and U.S. Bank are the defendant properties in this case and are more fully described as follows:

    A. Approximately $16,400.00 in United States currency from Sunrise Banks, which constitutes all funds stored on 172 access device cards identified under numbers 7 through 178 on attached <u>Exhibit A</u>, and which funds were seized on or about January 18, 2018,

    B. Approximately $400.00 in United States currency from American Express, which constitutes all funds stored on access four device cards identified under numbers 3 through 6 on attached <u>Exhibit A</u>, and which funds were seized on or about January 18, 2018, and

    C. Approximately $200.00 in United States currency from U.S. Bank, which constitutes all funds stored on two access device cards identified under numbers 1 and 2 on attached <u>Exhibit A</u>, and which funds were seized on or about December 11, 2017,

(hereinafter collectively referred to as the "Defendant Properties").

7. The Defendant Properties are presently in the custody of the United States Secret Service in Milwaukee, Wisconsin.

## Jurisdiction and Venue

8. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

9. This Court has *in rem* jurisdiction over the Defendant Properties under 28 U.S.C. § 1355(b).

10. Venue is proper in this district under 28 U.S.C. § 1355(b)(1), because acts or omissions giving rise to the forfeiture occurred in this district.

## Basis for Forfeiture

11. The Defendant Properties are subject to forfeiture to the United States of America under 18 U.S.C. § 981(a)(1)(C), including cross-references to 18 U.S.C. §§ 1956(c)(7) and 1961(1) because they are funds that were stored on the 178 prepaid access devices, and those 178 prepaid access devices were purchased with proceeds traceable to both identity fraud and credit card and access device fraud offenses, committed in violation of 18 U.S.C. §§ 1028 and 1029, respectively.

12. In addition, the Defendant Properties are subject to forfeiture to the United States of America under 18 U.S.C. § 981(a)(1)(A) because the Defendant Properties, and the 178 prepaid access devices on which the Defendant Properties were stored, were "involved in" a money laundering conspiracy. Specifically, the co-conspirators sought to launder the proceeds of their identify fraud and access device fraud offenses by using the 178 prepaid access devices, which they had bought with cloned credit cards, to buy money orders and to then use the money orders as cash, all for the purpose of concealing the nature, source, location, ownership, and control of the proceeds of the underlying offenses, in violation of the money laundering conspiracy statute, 18 U.S.C. § 1956(h).

**Facts**

13. Criminals engaging in identify fraud and credit card and access device fraud often create and use cloned credit cards, which contain the account numbers of identity fraud victims, to purchase prepaid access devices, which can then be sold or redeemed, as an unlawful way to obtain cash value from a victim's credit card account.

14. When committing identity fraud and credit card and access device fraud crimes, criminals may travel to different geographical locations for the purpose of using cloned credit cards to purchase prepaid access devices. By traveling, the criminals who unlawfully use cloned credit cards reduce the chance that they will be caught by law enforcement. That is because, frequently, by the time law enforcement officers learn that cloned credit cards have been used in the area, the credit card cloners have already departed and have often left few investigative leads to follow up on.

15. Criminals who travel to commit credit card and access device fraud frequently travel with a laptop computer and a card reader-writer, along with other equipment, so that they can both (a) purchase credit and debit account information for the purpose of manufacturing cloned credit cards, and (b) manufacture cloned credit cards while they are traveling.

**April 21, 2017 use of a cloned credit card to purchase airline tickets**

16. On April 21, 2017, at approximately 6:30 p.m., Astagshia Lobasco and Shawn Porterfield arrived at the American Airlines ticket counter at General Mitchell International Airport located at 5300 S. Howell Avenue, Milwaukee, Wisconsin.

17. There, Lobasco and Porterfield purchased five American Airlines tickets for a flight from Milwaukee, Wisconsin, to Atlanta, Georgia, that was scheduled to depart from Milwaukee on April 22, 2017, at 6:53 a.m.

18. Astagshia Lobasco and Shawn Porterfield paid for the five American Airlines tickets that they purchased on April 21, 2017, through two transactions on the credit card they provided to American Airlines. The first transaction was for two tickets in the names of Astagshia Lobasco and Eric Spann. The second transaction was for three tickets in the names of Shawn Porterfield, Spencer Dixon, and James Reed.

19. Astagshia Lobasco and Shawn Porterfield paid for the five American Airlines tickets that they purchased on April 21, 2017, using a cloned credit card.

20. The legitimate owner of the credit card account number that Astagshia Lobasco and Shawn Porterfield used to purchase the five American Airline tickets had not given Astagshia Lobasco or Shawn Porterfield consent to use the victim's credit card account number.

**April 22, 2017 arrest of Spencer Dixon, Astagshia Lobasco, Shawn Porterfield, James Reed, and Eric Spann, and seizure of evidence, including 178 prepaid access devices**

21. On April 22, 2017, at approximately 6:30 a.m., Milwaukee County Sheriff's Deputies located and detained Spencer Dixon, Astagshia Lobasco, Shawn Porterfield, James Reed, and Eric Spann outside gate D54 at General Mitchell International Airport. The deputies also secured all property these individuals had in their possession.

22. Astagshia Lobasco admitted that she had purchased the five airline tickets using a cloned credit card. Lobasco also admitted that she had received that cloned credit card from Eric Spann.

23. Astagshia Lobasco further admitted that she and the other four detainees had traveled to Milwaukee, Wisconsin, from Atlanta, Georgia, for the purpose of using cloned credit cards to purchase prepaid gift cards, which are also known as prepaid access devices.

24. Astagshia Lobasco further admitted that she and the other four detainees intended to use those prepaid gift cards to purchase money orders and to then use the money orders as cash.

5

25. On April 22, 2017, a Milwaukee County Sheriff's detective obtained a state search warrant for all wallets, small bags, and travel bags that were claimed by Spencer Dixon, Astagshia Lobasco, Shawn Porterfield, James Reed, and Eric Spann.

26. Pursuant to that search warrant, Spencer Dixon, Astagshia Lobasco, Shawn Porterfield, James Reed, and Eric Spann were found to be in possession of cloned credit cards and prepaid access devices. Detectives seized from these five suspects approximately 54 suspected cloned credit cards and more than 178 prepaid access devices, also known as gift cards.

27. At least 48 of the approximately 54 suspected cloned credit cards were in fact cloned credit cards.

28. At least 43 of those 48 cloned credit cards bore one of the following names: Spencer Dixon, Astagshia Lobasco, Shawn Porterfield, James Reed, or Eric Spann.

29. Spencer Dixon, Astagshia Lobasco, Shawn Porterfield, James Reed, and Eric Spann used those cloned credit cards to obtain the 178 prepaid access devices.

30. At least 14 victims whose credit card account numbers were found to be encoded on some of the 48 cloned credit cards had fraudulent activity on their accounts. These 14 victims had not given Spencer Dixon, Astagshia Lobasco, Shawn Porterfield, James Reed, or Eric Spann consent to use the victims' account numbers.

31. Eric Spann also had in his possession an Apple iMac laptop computer and an MSR X6 Deftun magnetic strip reader-writer.

**Forensic examination of Eric Spann's iMac laptop computer**

32. Pursuant to a state search warrant, a forensic examination was completed on the Apple iMac laptop computer that was found Eric Spann's possession.

33. On April 20, 2017, Eric Spann's iMac computer had been used to make multiple visits to the website "briansclub.at." In addition, the iMac computer had been used to access the "orders" and "billing" pages at "briansclub.at."

34. "Briansclub.at" is an Automated Carding Shop (ACS) where people can purchase credit/debit account information for the purpose of manufacturing cloned cards utilizing victim credit/debit account numbers.

35. The sole purpose of the credit card account numbers for sale and the subsequent purchase of them is for illicit purposes.

36. "Briansclub.at" is one of many websites where fraudsters can purchase peoples' account numbers or other personal identifying information (PII) for the purpose of manufacturing cloned credit cards or opening up lines of credit using a victim's PII.

37. Someone exercising control of the iMac computer made purchases of victims' credit/debit account numbers from "briansclub.at."

**Scanning of the prepaid access device cards seized as evidence on April 22, 2017**

38. On or about August 30, 2017, investigators used an Electronic Recovery and Access to Data device to scan the magnetic strips of the more than 178 prepaid access devices seized from Spencer Dixon, Astagshia Lobasco, Shawn Porterfield, James Reed, and Eric Spann on April 22, 2017.

39. A total of 178 of those prepaid access devices had value stored on them, as detailed on attached Exhibit A. Of those 178 prepaid access devices,

    A. 172 were issued by Sunrise Banks. Of those 172 prepaid access devices, 156 had a stored value of $100 each and 16 had a stored value of $50 each, for a total of $16,400;

    B. Four were issued by American Express and had a stored value of $100 each, for a total of $400; and

7

C. Two were issued by U.S. Bank and had a stored value of $100 each, for a total of $200.

40. Spencer Dixon, Astagshia Lobasco, Shawn Porterfield, James Reed, and Eric Spann traveled from Atlanta to Milwaukee and purchased the 178 prepaid access devices using the above-described cloned credit cards and PII associated with those credit card owners, in violation of both the identity fraud statute, 18 U.S.C. § 1028, as well as the access device fraud statute, 18 U.S.C. § 1029.

41. Accordingly, the 178 prepaid access devices contained proceeds of the identity fraud and access device fraud offenses that co-conspirators Spencer Dixon, Astagshia Lobasco, Shawn Porterfield, James Reed, and Eric Spann committed when they cloned victims' credit cards and used those cloned cards to buy the 178 prepaid access devices.

42. Co-conspirators Spencer Dixon, Astagshia Lobasco, Shawn Porterfield, James Reed, and Eric Spann intended to use the 178 prepaid access devices to purchase money orders and to then use the money orders as cash, as a means of laundering the proceeds of their identify fraud and access device fraud offenses.

43. The 178 prepaid access devices, together with the Defendant Property funds stored on those access devices, were "involved in" a conspiracy to launder the proceeds of the identity fraud and access device and credit card fraud offenses, in violation of the money laundering conspiracy statute, 18 U.S.C. § 1956(h).

**State Charges**

44. On April 26, 2017, Spencer Dixon, Astagshia Lobasco, Shawn Porterfield, James Reed, and Eric Spann were each charged in Milwaukee County Circuit Court with Credit Card – Fraudulent Use, contrary to Wis. Stat. § 943.41(5)(a), and Conspiracy to Commit, contrary to Wis. Stat. § 939.31, in case numbers 17CF1986, 17CF1987, 17CF1988, 17CF1989, and 17CF1990, respectively.

8

45. In each of their respective Milwaukee County criminal cases, Spencer Dixon, Astagshia Lobasco, Shawn Porterfield, James Reed, and Eric Spann provided their home addresses as either Atlanta, Georgia; Marietta, Georgia; or Kennesaw, Georgia.

## Warrant for Arrest In Rem

46. Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the Defendant Properties pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

## Claims for Relief

47. The plaintiff alleges and incorporates by reference the paragraphs above.

48. By the foregoing and other acts, the Defendant Properties are funds that were stored on the 178 prepaid access devices, and those Defendant Property funds constitute, or are traceable to, proceeds of both identity fraud and credit card and access device fraud offenses, committed in violation of 18 U.S.C. §§ 1028 and 1029, respectively, and were also "involved in" a money laundering conspiracy, committed in violation of 18 U.S.C. § 1956(h).

49. The Defendant Properties are therefore subject to forfeiture to the United States of America under 18 U.S.C. §§ 981(a)(1)(A) and (C), including cross-references to 18 U.S.C. §§ 1956(c)(7) and 1961(1).

WHEREFORE, the United States of America prays that a warrant of arrest for the Defendant Properties be issued; that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed; that judgment declare the Defendant Properties to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and equitable, together with the costs and disbursements of this action.

Dated at Milwaukee, Wisconsin, this 19th day of January, 2018.

        Respectfully submitted,

        GREGORY J. HAANSTAD
        United States Attorney

By:

        s/SCOTT J. CAMPBELL
        SCOTT J. CAMPBELL
        Assistant United States Attorney
        Scott J. Campbell Bar Number: 1017721
        Attorney for Plaintiff
        Office of the United States Attorney
        Eastern District of Wisconsin
        517 East Wisconsin Avenue, Room 530
        Milwaukee, Wisconsin 53202
        Telephone: (414) 297-1700
        Fax: (414) 297-1738
        E-Mail: scott.campbell@usdoj.gov

## Verification

I, John Milotzky, hereby verify and declare under penalty of perjury that I am a Detective with the Wauwatosa Police Department ("WPD") and a Task Force Agent assigned to the United States Secret Service Milwaukee Resident Office Financial Crimes Task Force ("MFCTF"), that I have read the foregoing Verified Complaint for Civil Forfeiture *in rem* and know the contents thereof, and that the factual matters contained in paragraphs 11 through 43 of the Verified Complaint are true to my own knowledge.

The sources of my knowledge and information are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Detective with the WPD and a Task Force Agent with the MFCTF.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Date: 1/18/18            s/JOHN MILOTZKY
                         John Milotzky

Exhibit A

| No. | Inventory # | Issuer | Card # | Brand | Balance |
|---|---|---|---|---|---|
| 1. | 17-985-1 | U.S. Bank Nat'l Assoc'n | 542837xxxxxx6966 | Mastercard | $100 |
| 2. | 17-985-1 | U.S. Bank Nat'l Assoc'n | 542837xxxxxx5315 | Mastercard | $100 |
| 3. | 17-985-1 | American Express | 379039xxxxx4568 | American Express | $100 |
| 4. | 17-985-1 | American Express | 379039xxxxx1231 | American Express | $100 |
| 5. | 17-985-1 | American Express | 379039xxxxx8299 | American Express | $100 |
| 6. | 17-985-1 | American Express | 379039xxxxx4391 | American Express | $100 |
| 7. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx5392 | Visa | $50 |
| 8. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx9444 | Visa | $50 |
| 9. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx8178 | Visa | $50 |
| 10. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx7937 | Visa | $50 |
| 11. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx1022 | Visa | $50 |
| 12. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx9670 | Visa | $50 |
| 13. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx4469 | Visa | $50 |
| 14. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx8271 | Visa | $50 |
| 15. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx3759 | Visa | $100 |
| 16. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx1552 | Visa | $100 |
| 17. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx5028 | Visa | $100 |
| 18. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx7287 | Visa | $100 |
| 19. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx8930 | Visa | $100 |
| 20. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx6199 | Visa | $100 |
| 21. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx6037 | Visa | $100 |
| 22. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx4680 | Visa | $100 |
| 23. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx6678 | Visa | $100 |
| 24. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx4339 | Visa | $100 |
| 25. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx8718 | Visa | $100 |
| 26. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx9179 | Visa | $100 |
| 27. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx2700 | Visa | $100 |
| 28. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx1992 | Visa | $100 |
| 29. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx8856 | Visa | $100 |
| 30. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx5123 | Visa | $100 |
| 31. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx8585 | Visa | $100 |
| 32. | 17-985-1 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx2910 | Visa | $100 |
| 33. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx9081 | Visa | $100 |
| 34. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx2099 | Visa | $100 |
| 35. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx1487 | Visa | $100 |
| 36. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx5080 | Visa | $100 |
| 37. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx3689 | Visa | $100 |
| 38. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx1200 | Visa | $100 |
| 39. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx2450 | Visa | $100 |
| 40. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx1450 | Visa | $100 |
| 41. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx1957 | Visa | $100 |
| 42. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx9437 | Visa | $100 |

Exhibit A

| No. | Inventory # | Issuer | Card # | Brand | Balance |
|---|---|---|---|---|---|
| 43. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx2672 | Visa | $100 |
| 44. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx7428 | Visa | $100 |
| 45. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx5253 | Visa | $100 |
| 46. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx6018 | Visa | $100 |
| 47. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx4604 | Visa | $100 |
| 48. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx8121 | Visa | $100 |
| 49. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx4567 | Visa | $100 |
| 50. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx7716 | Visa | $100 |
| 51. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx6440 | Visa | $100 |
| 52. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx4542 | Visa | $100 |
| 53. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx1807 | Visa | $100 |
| 54. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx8316 | Visa | $100 |
| 55. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx4234 | Visa | $100 |
| 56. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx2714 | Visa | $100 |
| 57. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx1548 | Visa | $100 |
| 58. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx9235 | Visa | $100 |
| 59. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx4007 | Visa | $100 |
| 60. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx8423 | Visa | $100 |
| 61. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx9199 | Visa | $100 |
| 62. | 17-985-9 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx9429 | Visa | $100 |
| 63. | 17-985-30 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx2058 | Visa | $100 |
| 64. | 17-985-30 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx6605 | Visa | $100 |
| 65. | 17-985-30 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx9086 | Visa | $100 |
| 66. | 17-985-30 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx7479 | Visa | $100 |
| 67. | 17-985-30 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx1266 | Visa | $100 |
| 68. | 17-985-31 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx7371 | Visa | $100 |
| 69. | 17-985-31 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx1791 | Visa | $100 |
| 70. | 17-985-31 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx0433 | Visa | $100 |
| 71. | 17-985-31 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx6909 | Visa | $100 |
| 72. | 17-985-31 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx4056 | Visa | $100 |
| 73. | 17-985-31 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx3989 | Visa | $100 |
| 74. | 17-985-32 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx2941 | Visa | $100 |
| 75. | 17-985-32 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx5911 | Visa | $100 |
| 76. | 17-985-32 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx1855 | Visa | $100 |
| 77. | 17-985-32 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx3556 | Visa | $100 |
| 78. | 17-985-32 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx3637 | Visa | $100 |
| 79. | 17-985-32 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx9070 | Visa | $100 |
| 80. | 17-985-32 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx4070 | Visa | $100 |
| 81. | 17-985-32 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx1778 | Visa | $100 |
| 82. | 17-985-32 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx2135 | Visa | $100 |
| 83. | 17-985-33 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx6180 | Visa | $100 |
| 84. | 17-985-33 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx6253 | Visa | $100 |
| 85. | 17-985-33 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx6442 | Visa | $100 |

| No. | Inventory # | Issuer | Card # | Brand | Balance |
|---|---|---|---|---|---|
| 86. | 17-985-33 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx2737 | Visa | $100 |
| 87. | 17-985-33 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx4945 | Visa | $100 |
| 88. | 17-985-38 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx6342 | Visa | $100 |
| 89. | 17-985-38 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx1390 | Visa | $100 |
| 90. | 17-985-38 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx2132 | Visa | $100 |
| 91. | 17-985-38 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx5526 | Visa | $100 |
| 92. | 17-985-38 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx3634 | Visa | $100 |
| 93. | 17-985-38 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx5053 | Visa | $100 |
| 94. | 17-985-38 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx1682 | Visa | $100 |
| 95. | 17-985-38 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx6618 | Visa | $100 |
| 96. | 17-985-38 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx9396 | Visa | $100 |
| 97. | 17-985-38 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx2018 | Visa | $100 |
| 98. | 17-985-38 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx5754 | Visa | $100 |
| 99. | 17-985-42 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx0308 | Visa | $100 |
| 100. | 17-985-42 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx6825 | Visa | $100 |
| 101. | 17-985-42 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx1166 | Visa | $100 |
| 102. | 17-985-42 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx1768 | Visa | $100 |
| 103. | 17-985-42 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx5686 | Visa | $100 |
| 104. | 17-985-42 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx0646 | Visa | $100 |
| 105. | 17-985-42 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx8450 | Visa | $100 |
| 106. | 17-985-42 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx2389 | Visa | $100 |
| 107. | 17-985-42 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx5348 | Visa | $100 |
| 108. | 17-985-42 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx0337 | Visa | $100 |
| 109. | 17-985-42 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx9938 | Visa | $100 |
| 110. | 17-985-42 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx0563 | Visa | $100 |
| 111. | 17-985-42 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx1743 | Visa | $100 |
| 112. | 17-985-42 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx4016 | Visa | $100 |
| 113. | 17-985-42 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx6358 | Visa | $100 |
| 114. | 17-985-42 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx9406 | Visa | $100 |
| 115. | 17-985-42 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx3700 | Visa | $100 |
| 116. | 17-985-42 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx2213 | Visa | $100 |
| 117. | 17-985-42 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx9768 | Visa | $100 |
| 118. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx5566 | Visa | $50 |
| 119. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx1210 | Visa | $50 |
| 120. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx7827 | Visa | $50 |
| 121. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx0228 | Visa | $50 |
| 122. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx0770 | Visa | $50 |
| 123. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx1332 | Visa | $50 |
| 124. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx0045 | Visa | $50 |
| 125. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx8395 | Visa | $50 |
| 126. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx2785 | Visa | $100 |
| 127. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx1006 | Visa | $100 |
| 128. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxx6118 | Visa | $100 |

| No. | Inventory # | Issuer | Card # | Brand | Balance |
|---|---|---|---|---|---|
| 129. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx8900 | Visa | $100 |
| 130. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx1794 | Visa | $100 |
| 131. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx3299 | Visa | $100 |
| 132. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx6583 | Visa | $100 |
| 133. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx7236 | Visa | $100 |
| 134. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx9357 | Visa | $100 |
| 135. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx5352 | Visa | $100 |
| 136. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx8103 | Visa | $100 |
| 137. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx4923 | Visa | $100 |
| 138. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx0859 | Visa | $100 |
| 139. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx5330 | Visa | $100 |
| 140. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx2330 | Visa | $100 |
| 141. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx9648 | Visa | $100 |
| 142. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx2857 | Visa | $100 |
| 143. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx1928 | Visa | $100 |
| 144. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx3306 | Visa | $100 |
| 145. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx0595 | Visa | $100 |
| 146. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx1425 | Visa | $100 |
| 147. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx1371 | Visa | $100 |
| 148. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx0217 | Visa | $100 |
| 149. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx2133 | Visa | $100 |
| 150. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx0993 | Visa | $100 |
| 151. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx3381 | Visa | $100 |
| 152. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx4414 | Visa | $100 |
| 153. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx8350 | Visa | $100 |
| 154. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx5946 | Visa | $100 |
| 155. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx5525 | Visa | $100 |
| 156. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx5036 | Visa | $100 |
| 157. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx2014 | Visa | $100 |
| 158. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx0687 | Visa | $100 |
| 159. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx9476 | Visa | $100 |
| 160. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx2168 | Visa | $100 |
| 161. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx5387 | Visa | $100 |
| 162. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx3888 | Visa | $100 |
| 163. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx9776 | Visa | $100 |
| 164. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx4951 | Visa | $100 |
| 165. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx0676 | Visa | $100 |
| 166. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx2941 | Visa | $100 |
| 167. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx9271 | Visa | $100 |
| 168. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx2419 | Visa | $100 |
| 169. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx1939 | Visa | $100 |
| 170. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx0332 | Visa | $100 |
| 171. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx1490 | Visa | $100 |

| No. | Inventory # | Issuer | Card # | Brand | Balance |
|---|---|---|---|---|---|
| 172. | 17-985-44 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx7843 | Visa | $100 |
| 173. | 17-985-45 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx3388 | Visa | $100 |
| 174. | 17-985-45 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx8050 | Visa | $100 |
| 175. | 17-985-45 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx2694 | Visa | $100 |
| 176. | 17-985-45 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx0558 | Visa | $100 |
| 177. | 17-985-45 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx4958 | Visa | $100 |
| 178. | 17-985-45 | Sunrise Banks, Nat'l Assoc'n | 403446xxxxxx0389 | Visa | $100 |

**TOTAL:** $17,000

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Place an "X" in the appropriate box: ☐ Green Bay Division ☒ Milwaukee Division

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Scott J. Campbell, AUSA
US Attorney's Office, #530 Federal Building
517 E. Wisconsin Avenue, Milwaukee, WI 53202 (414-297-1700)

## DEFENDANTS
APPROXIMATELY $16,400.00 IN UNITED STATES CURRENCY FROM SUNRISE BANKS, ET AL.

County of Residence of First Listed Defendant: Milwaukee
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL PROPERTY** | **LABOR** / **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Med. Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 530 General | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | / ☐ 555 Prison Condition | | | |
| | ☐ 448 Education / ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC §§ 981(a)(1)(A) and (C)
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*:
JUDGE _____ DOCKET NUMBER _____

DATE: 01/19/2018
SIGNATURE OF ATTORNEY OF RECORD: s/SCOTT J. CAMPBELL

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Case 2:18-cv-00095 Filed 01/19/18 Page 1 of 1 Document 1-2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                Case No.

APPROXIMATELY $16,400.00 IN UNITED
STATES CURRENCY FROM SUNRISE
BANKS,

APPROXIMATELY $400.00 IN UNITED
STATES CURRENCY FROM AMERICAN
EXPRESS, and

APPROXIMATELY $200.00 IN UNITED
STATES CURRENCY FROM U.S. BANK,

        Defendants.

---

## WARRANT FOR ARREST IN REM

---

    To:    THE UNITED STATES SECRET SERVICE
             Eastern District of Wisconsin

WHEREAS, a Verified Complaint for Civil Forfeiture *in rem* was filed on the 19th day of January, 2018, by the United States Attorney for the Eastern District of Wisconsin, which seeks the forfeiture of the above-named defendant properties pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and (C), including cross-references to Title 18, United States Code, Sections 1956(c)(7) and 1961(1), and which prays that process issue to enforce the forfeiture and to give notice to all interested parties to appear before the court and show cause why the

forfeiture should not be decreed; and due proceedings being had, that the defendant properties be condemned and forfeited to the use of the United States of America.

YOU ARE THEREFORE HEREBY COMMANDED to attach and arrest the following defendant properties, which are presently in the custody of the United States Secret Service in Milwaukee, Wisconsin, in the Eastern District of Wisconsin, and to detain the same until further order of this Court:

A. Approximately $16,400.00 in United States currency from Sunrise Banks, which constitutes all funds stored on 172 access device cards identified under numbers 7 through 178 on Exhibit A attached to the Verified Complaint for Civil Forfeiture *in rem*, and which funds were seized on or about January 18, 2018,

B. Approximately $400.00 in United States currency from American Express, which constitutes all funds stored on access four device cards identified under numbers 3 through 6 on Exhibit A attached to the Verified Complaint for Civil Forfeiture *in rem*, and which funds were seized on or about January 18, 2018, and

C. Approximately $200.00 in United States currency from U.S. Bank, which constitutes all funds stored on two access device cards identified under numbers 1 and 2 on Exhibit A attached to the Verified Complaint for Civil Forfeiture *in rem*, and which funds were seized on or about December 11, 2017.

Dated this _____ day of January, 2018, at Milwaukee, Wisconsin.

                                STEPHEN C. DRIES
                                Clerk of Court

By: _____
         Deputy Clerk

**Return**

This warrant was received and executed with the arrest of the above-named defendants.

Date warrant received: _____

Date warrant executed: _____

Name and title of arresting officer: _____

Signature of arresting officer: _____

Date: _____

3